UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-54-JFW (DTBx)**                                                  Date: February 27, 2017

Title:      Champan R. Washington -v- Wells Fargo Bank, N.A., et al.

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
      None                                                                                       None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE**

      In the Declaration of Steven M. Dailey re: Attempted Compliance with L.R. 7-3 and Standing Order 5(b) filed on February 16, 2017 [Docket No. 17], counsel represents that Plaintiff Champan R. Washington ("Plaintiff") failed to respond to Defendant's efforts to comply with Local Rule 7-3. Accordingly, Plaintiff is ordered to show cause, in writing, by **March 6, 2017** why the Court should not impose sanctions in the amount of $500.00 against Plaintiff or dismiss this action for Plaintiff's failure to cooperate with counsel and comply with the Court's Standing Order and Local Rules. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and dismissal of this action.

      IT IS SO ORDERED.