1  Jeffrey S. Gerardo #146508
   Steven M. Dailey #163857
2  KUTAK ROCK LLP
   Suite 1500
3  5 Park Plaza
   Irvine, CA  92614-8595                              **CLOSED**
4  Telephone: (949) 417-0999
   Facsimile:  (949) 417-5394
5  Email:      jeffrey.gerardo@kutakrock.com
   Email:      steven.dailey@kutakrock.com
6
   Attorneys for Defendant WELLS FARGO
7  BANK, N.A., SUCCESSOR BY MERGER
   TO WACHOVIA MORTGAGE, FSB
8  [erroneously sued as "Wells Fargo Bank,
   N.A. Successor By Merger with Wachovia
9  Mortgage, FSB; Formerly Known As World
   Savings Bank, FSB Its Successors and/or
10 Assigns"]

11            **UNITED STATES DISTRICT COURT**

12       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13                  **EASTERN DIVISION**

14  CHAMPAN R. WASHINGTON,          Case No.  5:17-cv-00054-JFW (DTBx)

15           Plaintiff,             Assigned to
                                    District Judge:  Hon. John F. Walter
16       v.                         Courtroom: 7A

17  WELLS FARGO BANK, N.A.,         Assigned Discovery
    successor by merger with        Magistrate Judge:  Hon. David T. Bristow
18  Wachovia Mortgage, FSB;
    formerly known as World Savings **JUDGMENT OF DISMISSAL**
19  Bank, FSB Its Successors and/or
    Assigns; and DOES 1 – 10,
20  inclusive,

21           Defendants.           Date Filed:      January 12, 2017

22

23       On March 10, 2017, the Court issued an Order granting WELLS FARGO

24  BANK, N.A., SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE,

25  FSB's ["WELLS FARGO's"] *unopposed* Motion to Dismiss Plaintiff CHAMPAN

26  R. WASHINGTON's Complaint.

27  ///

28  ///

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4816-6242-6693.1          - 1 -          17-cv-00054-JFW (DTBx)
14617-963

JUDGMENT OF DISMISSAL

1   Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

2   the above-captioned action is dismissed, with prejudice, as to WELLS FARGO and

3   that a Judgment of Dismissal be entered in favor of WELLS FARGO and against

4   Plaintiff.  Plaintiff is awarded nothing in this action against WELLS FARGO.

5   Dated:  March 17, 2017

6

7   Hon. John F. Walter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4816-6242-6693.1
14617-963

- 2 -                    17-cv-00054-JFW (DTBx)

JUDGMENT OF DISMISSAL