Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: jeffrey.gerardo@kutakrock.com
Email: steven.dailey@kutakrock.com

Attorneys for Defendant WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB [erroneously sued as "Wells Fargo Bank, N.A. Successor By Merger with Wachovia Mortgage, FSB; Formerly Known As World Savings Bank, FSB Its Successors and/or Assigns"]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CHAMPAN R. WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., successor by merger with Wachovia Mortgage, FSB; formerly known as World Savings Bank, FSB Its Successors and/or Assigns; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-00054-JFW (DTBx)<br><br>Assigned to<br>District Judge: Hon. John F. Walter<br>Courtroom: 7A<br><br>Magistrate Judge: Hon. David T. Bristow<br><br>**JUDGMENT OF DISMISSAL**<br><br>Date Filed: January 12, 2017 |

On March 10, 2017, the Court issued an Order granting WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB's ["WELLS FARGO's"] *unopposed* Motion to Dismiss Plaintiff CHAMPAN R. WASHINGTON's Complaint. On April 21, 2017, the Court granted Plaintiff's Motion to Vacate Judgment of Dismissal but expressly ordered Plaintiff to file a First Amended Complaint on or before May 1, 2017. Plaintiff did not timely file a

1 First Amended Complaint and, on May 4, 2017, the Court ordered Plaintiff's
2 Complaint DISMISSED with prejudice.
3       Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
4 the above-captioned action is dismissed, with prejudice, as to WELLS FARGO and
5 that a Judgment of Dismissal be entered in favor of WELLS FARGO and against
6 Plaintiff. Plaintiff is awarded nothing in this action against WELLS FARGO.

Dated: May 10, 2017

_____
Hon. John F. Walter

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4830-2411-0920.1
14617-963

- 2 -

17-cv-00054-JFW (DTBx)

JUDGMENT OF DISMISSAL