1  Jeffrey S. Gerardo #146508
   Steven M. Dailey #163857
2  KUTAK ROCK LLP
   Suite 1500
3  5 Park Plaza
   Irvine, CA  92614-8595
4  Telephone:  (949) 417-0999
   Facsimile:   (949) 417-5394
5  Email:        jeffrey.gerardo@kutakrock.com
   Email:        steven.dailey@kutakrock.com
6
7  Attorneys for Defendant WELLS FARGO
   BANK, N.A., SUCCESSOR BY MERGER
   TO WACHOVIA MORTGAGE, FSB
8  [erroneously sued as "Wells Fargo Bank, N.A.
   Successor By Merger with Wachovia
9  Mortgage, FSB; Formerly Known As World
   Savings Bank, FSB Its Successors and/or
10 Assigns"]

11 **UNITED STATES DISTRICT COURT**

12 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13 **EASTERN DIVISION**

| | |
|---|---|
| CHAMPAN R. WASHINGTON,<br><br>           Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., successor by merger with Wachovia Mortgage, FSB; formerly known as World Savings Bank, FSB Its Successors and/or Assigns; and DOES 1 – 10, inclusive,<br>           Defendants. | Case No.  5:17-cv-00054-JFW (DTBx)<br><br>Assigned to<br>District Judge:  Hon. John F. Walter<br>Courtroom: 7A<br><br>Assigned Discovery<br>Magistrate Judge:  Hon. David T. Bristow<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Federal Rules of Civil Procedure, Rule 12(b)(6)]<br><br>Filed and served concurrently with:<br>1. Motion to Dismiss First Amended Complaint<br>2. Motion to Strike Portions of First Amended Complaint<br><br>Date:         August 14, 2017<br>Time:         1:30 p.m.<br>Ctrm.:         7A<br><br>Date Filed:         January 12, 2017 |

4841-0837-1275.1                             - 1 -                    17-cv-00054-JFW (DTBx)
14617-963

REQUEST FOR JUDICIAL NOTICE

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

Defendant WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB ["WELLS FARGO"], hereby requests this Court take judicial notice, pursuant to Federal Rules of Evidence, Rule 201, of the following documents. WELLS FARGO submits a court may take judicial notice of material that is submitted as part of the complaint, or is necessarily relied upon by the complaint, as well as matters of public record. [*Lee v. City of L.A.*, 250 F.3d 668, 688–89 (9th Cir. 2001); *see also Fernandez v. Wells Fargo Bank, N.A.*, 2012 WL 5350256, at *2 (N.D. Cal. Oct. 29, 2012) (taking judicial notice of similar documents).

| Exhibit | Document |
|---|---|
| "**A**" | Grant Deed recorded December 5, 2006 in Official Records, San Bernardino County as Document Number 2006-0838113. A true and correct copy is attached as Exhibit "**A**". |
| "**B**" | Deed of Trust recorded December 5, 2006 in Official Records, San Bernardino County as Document Number 2006-0838114. A true and correct copy is attached as Exhibit "**B**". |
| "**C**" | Notice of Default recorded November 9, 2007 in Official Records, San Bernardino County as Document Number 2007-0625559. A true and correct copy is attached as Exhibit "**C**". |
| "**D**" | Notice of Trustee's Sale recorded March 3, 2008 in Official Records, San Bernardino County as Document Number 2008-0092446. A true and correct copy is attached as Exhibit "**D**". |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4841-0837-1275.1
14617-963

- 2 -

17-cv-00054-JFW (DTBx)

REQUEST FOR JUDICIAL NOTICE

"**E**"  Notice of Rescission of Notice of Default recorded October 20, 2008 in Official Records, San Bernardino County as Document Number 2008-0464633. A true and correct copy is attached as Exhibit "**E**".

"**F**"  Notice of Default recorded June 24, 2009 in Official Records, San Bernardino County as Document Number 2009-0277075. A true and correct copy is attached as Exhibit **"F".**

"**G**"  Substitution of Trustee's Sale recorded September 23, 2009 in Official Records, San Bernardino County as Document Number 2004-0416511. A true and correct copy is attached as Exhibit "**G".**

"**H**"  Notice of Trustee's Sale recorded September 23, 2009 in Official Records, San Bernardino County as Document Number 2009-0416512. A true and correct copy is attached as Exhibit **"H".**

"**I**"  Notice of Trustee's Sale recorded October 14, 2010 in Official Records, San Bernardino County as Document Number 2010-0426369. A true and correct copy is attached as Exhibit **"I".**

"**J**"  Notice of Rescission of Notice of Default recorded September 8, 2011 in Official Records, San Bernardino County as Document Number 2011-0375386. A true and correct copy is attached as Exhibit "**J".**

Kutak Rock LLP
Attorneys At Law
Irvine

4841-0837-1275.1
14617-963

- 3 -

17-cv-00054-JFW (DTBx)

REQUEST FOR JUDICIAL NOTICE

| | | |
|---|---|---|
| **"K"** | Substitution of Trustee recorded October 30, 2012 in Official Records, San Bernardino County as Document Number 2012-0450102. A true and correct copy is attached as Exhibit "**K**". | |
| **"L"** | Notice of Default recorded October 30, 2012 in Official Records, San Bernardino County as Document Number 2012-0450103. A true and correct copy is attached as Exhibit "**L**". | |
| **"M"** | Notice of Trustee's Sale recorded February 12, 2013 in Official Records, San Bernardino County as Document Number 2013-0062679. A true and correct copy is attached as Exhibit **"M."** | |
| **"N"** | Substitution of Trustee recorded July 18, 2013 in Official Records, San Bernardino County as Document Number 2013-0316145. A true and correct copy is attached as Exhibit **"N."** | |
| **"O"** | Substitution of Trustee recorded August 12, 2015 in Official Records, San Bernardino County as Document Number 2015-0344967. A true and correct copy is attached as Exhibit **"O."** | |
| **"P"** | Notice of Default recorded December 28, 2015 in Official Records, San Bernardino County as Document Number 2015-0563720. A true and correct copy is attached as Exhibit **"P."** | |
| **"Q"** | Notice of Trustee's Sale recorded April 8, 2016 in Official Records, San Bernardino County as Document Number 2016-0132445. A true and correct copy is attached as Exhibit "**Q.**" | |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4841-0837-1275.1
14617-963

- 4 -

17-cv-00054-JFW (DTBx)

REQUEST FOR JUDICIAL NOTICE

| | | |
|---|---|---|
| **"R"** | | Complaint filed on January 12, 2017 in *Washington v. Wells Fargo Bank, N.A.,* Case No. 5:17-cv-00054-JFW (DTBx), United States District Court, Central District of California. A true and correct copy is attached as Exhibit **"R."** |
| **"S"** | | Docket in Case No. 5:17-cv-00054-JFW (DTBx), United States District Court, Central District of California. A true and correct copy is attached as Exhibit **"S."** |
| **"T"** | | Docket in *In re Washington* in the United States Bankruptcy Court for the Central District of California, Case No. 6:16-bk-13959-SC. A true and correct copy is attached as Exhibit **"T".** |
| **"U"** | | Bankruptcy Schedules A/B in *In re Washington* in the United States Bankruptcy Court for the Central District of California, Case No. 6:16-bk-13959-SC. A true and correct copy is attached as Exhibit **"U".** |
| **"V"** | | Docket in *In re Washington* in the United States Bankruptcy Court for the Central District of California, Case No. 6:16-bk-17695. A true and correct copy is attached as Exhibit **"V".** |
| **"W"** | | Bankruptcy Schedules A/B filed September 9, 2016 in *In re Washington* in the United States Bankruptcy Court for the Central District of California, Case No. 6:16-bk-17695. A true and correct copy is attached as Exhibit **"W".** |
| **"X"** | | Docket in Adversary Proceeding Case No. 16-ap-01263. A true and correct copy is attached as Exhibit **"X"**. |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4841-0837-1275.1
14617-963

- 5 -

17-cv-00054-JFW (DTBx)

REQUEST FOR JUDICIAL NOTICE

| | | |
|---|---|---|
| "Y" | | Complaint filed October 2015, 2016 in Adversary Proceeding Case No. 16-ap-01263. A true and correct copy is attached as Exhibit **"Y"**. |
| "Z" | | First Amended Complaint filed December 12, 2016 in Adversary Proceeding Case No. 16-ap-01263. A true and correct copy is attached as Exhibit **"Z"**. |
| "AA" | | Order Dismissing Adversary Proceeding for Debtor's Lack of Standing filed December 29, 2016 regarding *Washington v. Wells Fargo Bank, N.A.* in the United States Bankruptcy Court for the Central District of California, Case No. 6:16-bk-01263-SC. A true and correct copy is attached as Exhibit "**AA.**" |

Dated: July 10, 2017          KUTAK ROCK LLP


By: /s/ *Steven M. Dailey*
　　Jeffrey S. Gerardo
　　Steven M. Dailey
　　Attorneys for Defendant
　　WELLS FARGO BANK, N.A.,
　　SUCCESSOR BY MERGER TO
　　WACHOVIA MORTGAGE, FSB

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4841-0837-1275.1
14617-963

- 6 -

17-cv-00054-JFW (DTBx)

REQUEST FOR JUDICIAL NOTICE